IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD DONELL MCJAMES
ADC# 129103                                                                                    PETITIONER

v.                         CASE NO. 5:10CV00096 BSM

RAY HOBBS, Director,
Arkansas Department of Correction                                             RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 31] and the filed objections [Doc. Nos. 36, 37, 38, 39, 40] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Ronald Donell McJames's petition for a writ of habeas corpus [Doc. No. 2] is denied and this case is dismissed with prejudice.

2. Pursuant to Rule 11(a) of the Rules Governing Section 2254 cases, the certificate of appealability is denied.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 13th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE