## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RONALD DONELL MCJAMES**
**ADC# 129103**                                                    **PETITIONER**

**v.**                          **CASE NO. 5:10CV00096 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                    **RESPONDENT**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Further, the certificate of appealability is denied.

Dated this 13th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE